THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD WHITNEY et al., as Executors and Trustees under the Will of GEORGE R. SHELDON, Deceased, Respondents, *v.* M. FRANK LOUGHMAN et al., Constituting the State Tax Commission, Appellants.

(Argued May 27, 1929; decided June 11, 1929.)

*Hamilton Ward, Attorney-General (Henry S. Manley* of counsel), for appellants.

*Frederick E. Mygatt, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.